of Appeals for the Fifth Circuit denied. *Mr. Wood H. Thompson* for petitioner. *Mr. Frank J. Looney* for respondent.

No. 462. BURGESS, CO-ADMINISTRATRIX, ET AL. *v.* RELIANCE LIFE INSURANCE Co. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Paul M. Peterson* and *William H. Becker* for petitioners.

No. 464. TSUNE-CHI YU *v.* CARL BYOIR & ASSOCIATES, INC. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. H. H. Nordlinger* for petitioner. *Messrs. Maxwell C. Katz* and *Otto C. Sommerich* for respondent.

No. 465. STANDARD GAS & ELECTRIC Co. *v.* TAYLOR ET AL. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. A. Louis Flynn, Jacob K. Javits,* and *Wilbur J. Holleman* for petitioner. *Mr. Jason L. Honigman* for John M. Taylor et al.; *Messrs. William P. Sidley* and *James F. Oates, Jr.* for the Reorganization Committee; *Messrs. George S. Ramsey* and *Villard Martin* for H. N. Greis, Trustee, and *Solicitor General Biddle* and *Messrs. Chester T. Lane, Bernard D. Cahn,* and *Homer Kripke* for the Securities & Exchange Commission, respondents.

No. 331. HOUSTON ET AL., TRUSTEES, ET AL. *v.* SWINFORD, U. S. DISTRICT JUDGE, ET AL.;